# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBIN AYLMER,**

            **Plaintiff,**

-vs-                                                                      Case No. **6:06-cv-206-Orl-28KRS**

**STEGARCIA US, INC., RUVELL OLIVER,**

            **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration after oral argument on the Parties' Joint Notice of Settlement, Motion for Approval of Settlement, Motion to Approve Consent Final Judgment, and Motion to Dismiss Case with prejudice. Doc. No. 34.

      This case was brought under the Fair Labor Standards Act (FLSA). 29 U.S.C. § 201, *et seq*. In *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." *Id*. at 1353.

      On March 8, 2007, I held a hearing to consider the fairness of the settlement. Counsel stated that, under the settlement agreement, Plaintiff Robin Alymer would receive the full amount claimed under the FLSA. Because Alymer will receive all of the compensation to which she might

have been entitled, I conclude that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id*. at 1354.

Accordingly, I respectfully recommend that the Court approve the settlement agreement submitted with the joint stipulation, doc. no. 34, and dismiss the case with prejudice. I have also reviewed the Consent Final Judgment submitted by the parties and recommend that the Court enter the Judgment. Lastly, I recommend that the Court direct the Clerk to close the file after an order of dismissal is entered.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 8, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy