**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBIN AYLMER,

                  **Plaintiff,**

-vs-                                 **Case No.  6:06-cv-206-Orl-28KRS**

STEGARCIA US, INC., RUVELL OLIVER,

                  **Defendants.**

_____

## ORDER

This case is before the Court on Motion for Approval of Settlement, to Approve Consent Final Judgment and to Dismiss Case with prejudice (Doc. No. 34) filed February 22, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed March 8, 2007 (Doc. No. 37) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion to Approve Settlement, to Approve the Consent Final Judgment, and to Dismiss the Case with prejudice is **GRANTED.**

3.    The Settlement is approved. Consent Final Judgment is being entered in a separate order.

4.      This case is dismissed with prejudice.    After entry of the Consent Final Judgment, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____6_____day of April, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party